FILED: December 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2156
(5:11-cv-00707-D)
_____

J.W., by and through his parent and guardian; BRENDA NEWSOME

   Plaintiffs - Appellants

v.

JENNIFER MOORE, in her individual and official capacities; THE JOHNSTON COUNTY BOARD OF EDUCATION; ED CROOM, in his individual and official capacities

   Defendants - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 01/21/2015

Opening brief due: 01/21/2015

Response brief due: 02/25/2015

Any reply brief: 14 days from service of response brief.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk